UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Levert Lyons,

    Plaintiff,

v.                                                         Case No.: 15-10160

Scott C. Kinsel, et al.,                          Honorable Sean F. Cox

    Defendants.

_____/

**<u>ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION</u>**

Plaintiff filed this action on January 15, 2015, asserting subject matter jurisdiction through diversity of citizenship pursuant to 28 U.S.C. §1332.  (Doc. #1).

"[F]ederal courts have an independent obligation to investigate and police the boundaries of their own jurisdiction."  *Douglas v. E.F. Baldwin & Assocs., Inc.*, 150 F.3d 604, 607 (6th Cir. 1998). Under 28 U.S.C. §1332(a), the two requirements for diversity jurisdiction are: 1) that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and 2) that complete diversity of citizenship exists between the disputing parties.

On January 28, 2015, this Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction.  (Doc. #4).  At that time, the Court's concern was the citizenship of the LLC defendants.  Plaintiff timely, but incompletely, responded to the first Show Cause Order.  The Court issued a second Show Cause Order, (Doc. #10), to which the Plaintiff timely responded.  (Doc. #11).

On February 20, 2015, Plaintiff filed a Supplemental Response to the Show Cause Orders, in which Plaintiff states that he has discovered that Defendant Tara J. Williams is a resident and

citizen of Michigan. (Doc. #28). Therefore, because Plaintiff is also a resident and citizen of Michigan, (Compl. at ¶ 1), complete diversity between Plaintiff and all Defendants does not exist. Plaintiff has not alleged any causes of action arising under federal law.

Accordingly, the Court hereby ORDERS that Plaintiff's Complaint is DISMISSED for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: February 20, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 20, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager